UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-MJ-1143-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| vs. | ) | |
| **Ashley Renee Galicia-Lawrence** | ) | |

On June 10, 2015, Ashley Renee Galicia-Lawrence appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired, in violation of 18 U.S.C. § 13-7210 and NCGS § 20-138.1, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on December 23, 2015, the court finds as a fact that Ashley Renee Galicia-Lawrence, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 45 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 23rd day of December, 2015.

Robert B. Jones, Jr
U.S. Magistrate Judge